# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| QUICKER LOGISTICS INC., et al., | : Case No. 1:22cv130 |
| Plaintiffs, | : Judge Matthew W. McFarland |
| v. | : |
| NICOLE FAVORITE, et al., | : |
| Defendants. | : |

## ORDER GRANTING PLAINTIFFS' REVISED
## MOTION FOR TEMPORARY RESTRAINING ORDER (Doc. 27)

This matter is before the Court on Plaintiffs Quicker Logistics, Inc. and Horizon Freight System Inc.'s ("Plaintiffs") Revised Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 27). The Court, having reviewed the briefing and supporting evidence of the parties, and after considering the arguments of counsel, **ORDERS** that:

1) Defendants, Nicole Favorite and Justin Wilson, whether directly or indirectly through their officers, agents, servants, employees, or any other individual or entity within their control or supervision, or any persons in active concert or participation with them, be and hereby are restrained and enjoined from:

    a. Violating the Employee Handbook and Agreement ("Agreement"), which is attached to the Complaint as Exhibit B;

    b. Using or disclosing Plaintiffs' confidential and proprietary information and trade secrets;

      c. Directly or indirectly interfering with the business relationships between Plaintiffs and their customers, prospective customers, and drivers.

2) Defendants, Explorer Intermodal LLC and Evans Delivery Company Inc., whether directly or indirectly through their officers, agents, servants, employees, or any other individual or entity within their control or supervision, or any persons in active concert or participation with them, be and hereby are restrained and enjoined from:

      a. Using or disclosing Plaintiffs' confidential and proprietary information and trade secrets;

      b. Directly or indirectly interfering with the business relationships between Plaintiffs and their customers, prospective customers, and drivers.

3) Defendants are further ordered to identify to Plaintiffs' counsel within 3 business days any documents or information belonging to or arising from Plaintiffs which Defendants Favorite or Wilson took, copied, or maintained possession of following their departure from Plaintiffs' employ, if any.

This Order should not be construed as interfering with any current business relationships between Defendants and its customers, including but not limited to the customers Plaintiffs allege left Plaintiffs to work with Defendants. This Order merely preserves the status quo, on the date this Order is entered.

Plaintiffs are not required to provide a bond.

This Order shall expire within 14 days of this date and time, unless further extended through an order following a Motion by a party or agreement of the parties.

This matter shall remain set for a Preliminary Injunction hearing on June 21, 2022 at 1:00 pm as previously ordered.

**IT IS SO ORDERED.**

                                          UNITED STATES DISTRICT COURT
                                          SOUTHERN DISTRICT OF OHIO

By: _____
                                          MATTHEW W. McFARLAND
                                          UNITED STATES DISTRICT JUDGE